IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Helena Chemical Company, | : | Case No. 2:11-cv-435 |
| Plaintiff, | : | District Judge Edmund A. Sargus<br>Magistrate Judge Mark R. Abel |
| vs. | : | |
| Rural Farm Distributors Co., et al., | : | **STIPULATED JUDGMENT<br>ENTRY AND DISMISSAL<br>WITHOUT PREJUDICE** |
| Defendants. | : | |
| | : | |

Plaintiff Helena Chemical Company and Defendants Rural Farm Distributors Co., Donald E. Clark, and Thomas M. Banks, Executor of the Estate of Ruth M. Clark, hereby stipulate to judgment as follows:

1. All claims asserted by Plaintiff Helena Chemical Company against Defendant Thomas A. Banks, Executor of the Estate of Ruth M. Clark, are hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii);

2. Plaintiff Helena Chemical Company is granted judgment against Defendants Rural Farm Distributors Co. and Donald E. Clark, jointly and severally, on Counts One and Two

1340191.2

of Plaintiff's Complaint in the amount of $145,978.58, plus interest at the annual rate of 6.25% from May 6, 2010, along with all court costs incurred by the parties in this civil action; and

3. All parties shall be responsible to pay their own respective attorney's fees.



_____ 9-13-2011
Judge

Agreed:

/s/ James L. Rogers
_____
James L. Rogers (0039743)
Christopher L. Lardiere (0020482)
Eastman & Smith Ltd.
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032

Attorneys for Plaintiff
Helena Chemical Company


/s/ Joseph T. Olecki
_____
Joseph T. Olecki (0064071)
Weldon, Huston & Keyser, LLP
76 North Mulberry Street
Mansfield, Ohio 44902

Attorneys for Defendants
Rural Farm Distributors Co.
Donald E. Clark, and Thomas M. Banks,
Executor of the
Estate of Ruth M. Clark

1340191 .2